IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01173-AP

ELIZABETH L. ROMERO,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Alan M. Agee
512 S. 8th Street
Colorado Springs, CO 80905
719-473-1515
ageealanmpc@qwestoffice.net
Attorney for Plaintiff

For Defendant:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
United States Attorney's Office
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Social Security Administration
1001 Seventeenth Street, Sixth Floor
Denver, CO 80202
303-844-0815
stephanie.kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:** May 7, 2012

**B.  Date Complaint Was Served on U.S. Attorney's Office:** May 11, 2012

**C. Date Answer and Administrative Record Were Filed:** July 10, 2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Counsel for Plaintiff has submitted documents to Counsel for Defendant asserting that documents were filed with the Appeals Counsel and the record is not complete.

Counsel for Defendant forwarded these documents to her client, but has not received a response regarding whether the agency will issue a supplemental transcript.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

In the event the agency does not issue a supplemental transcript, counsel for Plaintiff anticipates either filing a motion to supplement the record or attaching the additional evidence to her opening brief.

Counsel for Defendant states that the certified administrative record (and any supplemental certified administrative records) that have been or will be filed with this Court constitute the evidence upon which the findings and decision complained of are based.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:**           September 10, 2012

**B. Defendant's Response Brief Due:**         October 10, 2012

**C. Plaintiffs Reply Brief (If Any) Due:**    October 25, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

Plaintiff requests oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 30th day of July 2012

                                      BY THE COURT:

                                      *s/John L. Kane* _____

                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/<br><br>Alan Agee<br>512 s. 8th Street<br>Colorado Springs, Colorado 80905<br>719-543-8636<br>E-mail:<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>United States Attorney's Office<br>District of Colorado<br><br>By: s/Stephanie Lynn F. Kiley<br>    Stephanie Lynn F. Kiley<br>    Special Assistant United States Attorney<br>    1001 Seventeenth Street, Sixth Floor<br>    Denver, Colorado  80202<br>    Telephone:  (303) 844-0815<br>    stephanie.kiley@ssa.gov<br><br>    Attorneys for Defendant. |