IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-1173-AP**

**ELIZABETH L. ROMERO,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## **ORDER**

---

Kane, J.

The Stipulated Motion Regarding Fees Under the Equal Access to Justice Act, (doc. #15), filed September 24, 2012, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$1,568.73**.

Dated at Denver, Colorado, this 24th day of September, 2012.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT